# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRANDON KALE HARRIS,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 69485

FILED

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to modify and/or correct illegal sentence and a motion to vacate/reverse ruling of writ of habeas corpus and grant in full. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Our review of this appeal reveals jurisdictional defects. The notice of appeal from the order denying a motion *to modify and/or correct illegal sentence* was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this portion of this appeal. Further, no statute or court rule permits an appeal from an order denying a motion to vacate/reverse ruling of writ of habeas corpus and grant in full. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

                                , J.
                  Hardesty

              , J.                          , J.
Saitta                             Pickering

cc: Hon. Kerry Louise Earley, District Judge
Brandon Kale Harris
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk